Eastern District of Kentucky
FILED

MAY 17 2007

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

**CRIMINAL NO. 07-34-WOB**

UNITED STATES OF AMERICA            PLAINTIFF

vs.

JOSE REGALDO-SANCHEZ
  a/k/a Fernando Vasquez-Sanchez
  a/k/a Jose Beda Guerrero-Regalado           DEFENDANT

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The defendant, by consent, has appeared before me pursuant to Rule 11, Fed.R.Crim.P., and has entered a plea of guilty to **Count 1 of the Indictment**. After examining the defendant under oath I determined that the guilty plea was knowledgeable and voluntary as to the count, and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. I therefore accepted the guilty plea and I recommend that the defendant be adjudged guilty and have sentence imposed accordingly.

Date: **5/17/2007**

                       _____
                       J. GREGORY WEHRMAN, MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).