Eastern District of Kentucky
FILED

JUN 2 9 2007

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CRIMINAL NO. 07-34-1-WOB**

UNITED STATES OF AMERICA           PLAINTIFF

vs.

JOSE REGALDO-SANCHEZ
a/k/a Jose Beda Guerrero-Regalado
a/k/a Fernando Vasquez-Sanchez           DEFENDANT

### ORDER

On May 17, 2007 a Report and Recommendation was entered by Magistrate Judge J. Gregory Wehrman addressing the defendant's plea of guilty and there having been no objections filed to the Report and Recommendation, and the Court having conducted its own oral dialogue with the defendant, accordingly;

**IT IS ORDERED** that the Report and Recommendation is **adopted** and the defendant is adjudged guilty to his plea.

This 29th day of June, 2007.

*/s/ William O. Bertelsman*
**WILLIAM O. BERTELSMAN, JUDGE**